IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY L. SEWELL,** | : | **Civil No. 1:22-cv-1575** |
| **Plaintiff,** | : | |
| | : | **(Judge Sylvia H. Rambo)** |
| v. | : | |
| **MDJ-19-3-5,** | : | |
| **Defendant.** | : | |

## O R D E R

AND NOW, this 1st day of December, 2022, upon consideration of the magistrate judge's Report and Recommendation (Doc. 3), to which no objections have been filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation is **ADOPTED**;

2) The Complaint is **DISMISSED WITH PREJUDICE**;

3) The Clerk of Court is **DIRECTED** to close this case; and

4) Any appeal taken from this order is deemed frivolous and not in good faith.

s/Sylvia H. Rambo
United States District Judge